974

No. 78-6109. Jackson v. Henderson, Correctional Superintendent. C. A. 2d Cir. Certiorari denied.

No. 78-6132. White v. Florida. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 78-6134. Norsworthy v. Texas. Ct. Crim. App. Tex. Certiorari denied.

No. 78-6138. Smith v. California. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 78-6142. Hubbard v. Hatrak, Prison Superintendent. C. A. 3d Cir. Certiorari denied.

No. 78-6143. Jawa v. Fayetteville State University et al. C. A. 4th Cir. Certiorari denied.

No. 78-6147. Cross v. Illinois. C. A. 7th Cir. Certiorari denied.

No. 78-6151. Cronnon v. Alabama. C. A. 5th Cir. Certiorari denied.

No. 78-6157. Cooper v. Fitzharris. C. A. 9th Cir. Certiorari denied.

No. 78-6158. Clifton v. California. Sup. Ct. Cal. Certiorari denied.

No. 78-6159. Green v. Gordon Transportation, Inc. C. A. 6th Cir. Certiorari denied.

No. 78-6164. Smith v. Pennsylvania. Sup. Ct. Pa. Certiorari denied.

No. 78-6169. Hohensee v. Spadine. Sup. Ct. Pa. Certiorari denied.